UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| John-Henry Doe, | Civil No. 19-1294 (DWF/SER) |
|     Plaintiff, | |
| vs. | |
| Mower County Sheriff Office; Jim Lemecker, Officer; Austin Police Department; John Mueller, Officer; Ryan Lief, Officer; Ryan McCormack, Officer; and David Dyke, Officer, | **MOTION TO DECLARE PLAINTIFF A VEXATIOUS LITIGANT OF DEFENDANTS MOWER COUNTY SHERIFF OFFICE AND LEMECKER** |
|     Defendants. | |

_____

Defendants Mower County Sheriff Office and Jim Lemecker, pursuant to Rules 10 and 11 of the Federal Rules of Civil Procedure move the Court for an order declaring the Plaintiff, whose real name is Benjamin Stayton, a vexatious litigant and request the Court issue an order:

1.	Enjoining Stayton from filing any civil action in the United States District Court for Minnesota against Mower County, its officials, or its employees without first obtaining leave of court;

2.	Requiring Stayton, in seeking leave to file any action, to certify that the claim or claims he wishes to present are not frivolous, malicious, or brought in bad faith;

3.	Requiring Stayton to affix a copy of the Court's order creating these sanctions to any motion for leave to file a claim; and

1

4.    Requiring Stayton to use his proper legal name both when applying for IFP status and on the pleadings of any future action he might bring.

This motion will be based upon the filings in support of the motion, and any hearing on the motion, if required.

QUINLIVAN & HUGHES, P.A.

Dated: August 8, 2019

s/ Kenneth H. Bayliss
Kenneth H. Bayliss
Attorney ID# 157569
Attorneys for Defendants Mower
County Sheriff Office and Lemecker
P.O. Box 1008
St. Cloud, MN  56302-1008
Phone: (320) 251-1414
Fax: (320) 251-1415
kbayliss@quinlivan.com