UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| John-Henry Doe, | Civil No. 19-1294 (DWF/SER) |
| Plaintiff, | |
| v. | ORDER ADOPTING REPORT AND RECOMMENDATION |
| Mower County Sheriff Office, Officer Jim Lamecker, Austin Police Department, Officer John Mueller, Officer Ryan Leif, Officer Ryan Mccormack, Officer Dave Dyke, | |
| Defendants. | |

The above-captioned case comes before the undersigned on the Report and Recommendation of United States Magistrate Judge Steven E. Rau (Doc. No. [11]). No objections to the Report and Recommendation were filed within the requisite time period.

**IT IS HEREBY ORDERED** that:

1. Magistrate Judge Steven E. Rau's July 16, 2019 Report and Recommendations (Doc. No. [11]) is **ADOPTED.**

2. Plaintiff John-Henry Doe's Motion to Proceed Under Pseudonym, (Doc. No. [5]), is **DENIED**.

Dated: August 14, 2019

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge